1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAITLYN FAIRCHILD, | Case No. 2:25-cv-00229-WBS-AC |
| Plaintiff, | (Hon. William B. Shubb) |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY | **ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendant. | |
| | Complaint Filed: January 16, 2025 |

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE